IN the MATTER OF the Petition of Daniel M. PASKINS, Jr. for a Writ of Mandamus

No. 296, 2015

Supreme Court of Delaware.

Submitted: June 23, 2015

Decided: August 25, 2015

DISMISSED.

Tyquan MATTHEWS, Defendant Below–Appellant,

v.

State of DELAWARE, Plaintiff Below–Appellee.

No. 11, 2015

Supreme Court of Delaware.

Submitted: July 13, 2015

Decided: August 26, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, Cr. ID 1207018108

AFFIRMED.

Tuesday S. BANNER, Appellant Below, Appellant

v.

STATE of Delaware EMPLOYEE RELATIONS BOARD and Department of Health and Social Services, Appellee Below, Appellee

No. 28, 2015

Supreme Court of Delaware.

Submitted: June 5, 2015

Decided: August 26, 2015

Court Below—Superior Court of the State of Delaware in and for New Castle County, C.A. No. N13A–004–013

AFFIRMED.

Milton E. TAYLOR, Defendant–Below, Appellant,

v.

STATE of Delaware, Plaintiff–Below, Appellee.

No. 677, 2014

Supreme Court of Delaware.

Submitted: August 7, 2015

Decided: August 26, 2015

Court Below—Superior Court of the State of Delaware in and for New Castle County Cr. ID No. 0003016874

DISMISSED.